**Return**

| Case No.: 6:22mj3 | Date and time warrant executed: May 18, 2022, 8:25 am | Copy of warrant and inventory left with: Carmen Wilbourn and Attorney Jeannie Perron |
|---|---|---|

Inventory made in the presence of :   ASAC Charmeka Parker

Inventory of the property taken and name(s) of any person(s) seized:

See attached inventory.

Received in Chambers
By Reliable Electronic Means

July 01, 2022

Hon. Robert S. Ballou
United States Magistrate

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/20/2022
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   July 1, 2022

_____
Executing officer's signature

Stan Wojtkonski, Special Agent, USDA OIG
_____
Printed name and title

 **United States Department of Agriculture - Office of Inspector General** 

<span style="color:#e5007e">**INVENTORY FOR PROPERTY – <u>DOGS</u>**</span>

*(General, Electronic, or Cash )*

**ADDRESS SEARCHED:** 482 Frenchs Store Rd, Cumberland,VA

**CASE NO.:** HY-3301-0150

**DATE:** 5/18/22 – 5/21/22

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 1 | 445 | Dogs seized pursuant to the search warrant | Various Kennel Locations on the property. |
| | | ******NOTHING FOLLOWS****** | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date)**

Stan Wojtkonski, Special Agent, *[signature]* 5/22/22

**LEFT INVENTORY LIST WITH: (Name, Signature, and Date)**

Jeannie Perron, JD, DVM *[signature]* 5/22/22

| Animal ID | Gender | Envigo ID |
|---|---|---|
| 10-A-038-01 | M | CNBCGX |
| 21-A-019-01 | F | CMGCFS |
| 21-A-019-01a | F | No tattoo |
| 21-A-019-01b | F | No tattoo |
| 21-A-019-01c | F | No tattoo |
| 21-A-019-01d | M | No tattoo |
| 21-A-019-01e | M | No tattoo |
| 21-A-019-01f | M | No tattoo |
| 21-A-019-01g | F | No tattoo |
| 21-A-019-01h | M | No tattoo |
| 09-A-107-09 | F | CNACJA |
| 09-A-107-07 | F | CNACKP |
| 20-A-033-01 | F | CLHCDG |
| B9-A-077-03 | F | CNDCAV |
| B9-A-077-01 | F | CNCCIY |
| B9-A-077-04 | F | CNCCIZ |
| 21-A-08 | F | CIJCPK |
| 21-A-08a | F | No tattoo |
| 21-A-08b | M | No tattoo |
| 21-A-08c | M | No tattoo |
| 21-A-08d | M | No tattoo |
| 21-A-08e | M | No tattoo |
| 21-A-08f | F | No tattoo |
| 20-A-026-01 | F | CKJCNI |
| 20-A-026-01a | F | No tattoo |
| 20-A-026-01b | M | No tattoo |
| 20-A-026-01c | M | No tattoo |
| 20-A-026-01i | M | No tattoo |
| 20-A-026-01d | M | No tattoo |
| 20-A-026-01e | F | No tattoo |
| 20-A-026-01j | F | No tattoo |
| 20-A-026-01h | M | No tattoo |
| 20-A-026-01f | M | No tattoo |
| 20-A-026-01g | M | No tattoo |
| 21-A-03 | F | CLCCWP |
| 21-A-03e | F | No tattoo |
| 21-A-03a | M | No tattoo |
| 21-A-03b | M | No tattoo |
| 21-A-03c | F | No tattoo |
| 21-A-03d | F | No tattoo |
| 20-A-027-01 | F | CKCCDE |
| 20-A-027-01a | M | No tattoo |
| 20-A-027-01h | M | No tattoo |

| | | |
|---|---|---|
| 20-A-027-01e | M | No tattoo |
| 20-A-027-01f | M | No tattoo |
| 20-A-027-01g | M | No tattoo |
| 20-A-027-01d | F | No tattoo |
| 20-A-027-01c | F | No tattoo |
| 20-A-027-01b | F | No tattoo |
| 20-A-036-01 | F | CKDCHJ |
| 21-A-027-01 | F | CKBCTK |
| 21-A-027-01a | M | No tattoo |
| 21-A-027-01b | F | No tattoo |
| 21-A-027-01c | M | No tattoo |
| 21-A-027-01d | F | No tattoo |
| 21-A-027-01e | F | No tattoo |
| 21-A-027-01f | M | No tattoo |
| 21-A-027-01g | M | No tattoo |
| 20-A-029-01 | F | CILCBH |
| 20-A-029-01a | M | No tattoo |
| 20-A-029-01b | F | No tattoo |
| 20-A-029-01c | F | No tattoo |
| 20-A-032-01 | F | CLCCBU |
| 20-A-030-01 | F | CJFCSL |
| 20-A-021-01 | F | CJECTK |
| 20-A-021-01a | M | No tattoo |
| 20-A-021-01b | F | No tattoo |
| 20-A-021-01c | F | No tattoo |
| 20-A-021-01d | M | No tattoo |
| 20-A-021-01e | M | No tattoo |
| 20-A-021-01f | M | No tattoo |
| 20-A-021-01g | F | No tattoo |
| 21-A-13 | F | CJGCKU |
| 21-A-13b | F | No tattoo |
| 21-A-13c | F | No tattoo |
| 20-A-035-01 | F | CIICXL |
| 304-01 | F | CK - remainder illegible |
| 306-01 | M | CMP or CMF remainder illegible |
| 21-A-13f | F | No tattoo |
| 21-A-13e | M | No tattoo |
| 21-A-13d | M | No tattoo |
| 21-A-13a | M | No tattoo |
| 20-A-022-01 | F | CJCCKU |
| 20-A-022-01a | M | No tattoo |
| 20-A-022-01b | M | No tattoo |
| 20-A-022-01c | M | No tattoo |
| 20-A-022-01d | M | No tattoo |
| 20-A-022-01e | F | No tattoo |
| 20-A-022-01f | M | No tattoo |
| 20-A-022-01g | M | No tattoo |

| | | |
|---|---|---|
| 21-A-028-01 | F | Illegible |
| 21-A-028-01a | F | No tattoo |
| 21-A-028-01b | F | No tattoo |
| 21-A-028-01c | F | No tattoo |
| 21-A-028-01d | M | No tattoo |
| 21-A-028-01e | M | No tattoo |
| 20-A-020-01 | F | CKLCAT |
| 20-A-020-01a | F | No tattoo |
| 20-A-020-01b | F | No tattoo |
| 20-A-020-01c | M | No tattoo |
| 20-A-020-01d | F | No tattoo |
| 20-A-020-01e | M | No tattoo |
| 10-A-071-04 | M | CNCCJG |
| 10-A-071-02 | M | CNCCIN |
| B9-A-088-01 | F | CNCCFG |
| 20-A-024-01 | F | CGKCMV |
| 20-A-024-01a | F | No tattoo |
| 20-A-024-01b | F | No tattoo |
| 20-A-024-01c | M | No tattoo |
| 20-A-024-01f | M | No tattoo |
| 20-A-024-01d | F | No tattoo |
| 20-A-024-01e | F | No tattoo |
| B9-A-077-06 | F | Illegible |
| B9-A-077-05 | F | CNDCAV |
| B9-A-077-07 | F | CNCCIZ |
| B9-A-077-02 | F | CNDCAN |
| 09-A-112-01 | F | CNACGB |
| 21-A-75 | F | CICCDK |
| 21-A-75a | M | No tattoo |
| 21-A-75b | F | No tattoo |
| 21-A-75c | F | No tattoo |
| 21-A-75d | F | No tattoo |
| 21-A-75e | F | No tattoo |
| 21-A-017-01 | F | CFBCAJ |
| 21-A-017-01a | | No tattoo |
| 21-A-017-01b | M | No tattoo |
| 21-A-017-01c | M | No tattoo |
| 21-A-017-01d | F | No tattoo |
| 21-A-017-01e | F | No tattoo |
| 21-A-017-01f | M | No tattoo |
| 21-A-017-01g | M | No tattoo |
| 21-A-017-01h | M | No tattoo |
| 21-A-017-01i | F | No tattoo |
| 20-A-023-01 | F | CRECUP |
| 20-A-023-01a | F | No tattoo |
| 20-A-023-01b | M | No tattoo |
| 20-A-023-01c | M | No tattoo |

| | | |
|---|---|---|
| 20-A-023-01d | M | No tattoo |
| 20-A-023-01e | M | No tattoo |
| 21-A-74 | F | CGGJH |
| 21-A-74a | M | No tattoo |
| 21-A-74b | M | No tattoo |
| 21-A-74c | F | No tattoo |
| 21-A-74d | F | No tattoo |
| 21-A-74e | F | No tattoo |
| 09-A-005-01 | M | CMCCGR |
| 21-A-031-01g | M | No tattoo |
| 21-A-028-01i | M | No tattoo |
| 21-A-019-01i | M | No tattoo |

**5/19/2022 Master Intake**

| Animal ID | Gender | Envigo ID |
|-----------|--------|-----------|
| 09-A-008-03 | M | CLCCUY |
| 10-A-062-01 | M | CNCCGJ |
| 10-A-009-03 | M | CMLCCY |
| 10-A-066-01 | M | CNCCEH |
| 09-A-100-02 | F | CNBCBL |
| 09-A-001-03 | M | Illegible |
| 09-A-101-02 | F | CNBCBY |
| 09-A-134-05 | F | CMLCGE |
| 21-A-039-01g | F | No tattoo |
| 21-A-039-01e | F | No tattoo |
| 21-A-039-01a | M | No tattoo |
| 21-A-039-01d | F | No tattoo |
| 21-A-039-01b | M | No tattoo |
| 21-A-039-01c | F | No tattoo |
| 21-A-039-01f | F | No tattoo |
| 21-A-039-01 | F | CHHCZL |
| 10-A-011-06 | M | CMLCBU |
| 10-A-012-05 | M | CMLCDF |
| 21-A-071-01d | F | No tattoo |
| 21-A-071-01a | F | No tattoo |
| 21-A-071-01c | M | No tattoo |
| 21-A-071-01b | F | No tattoo |
| 21-A-071-01e | F | No tattoo |
| 21-A-071-01 | F | CJJCFK |
| 21-A-070-01a | M | No tattoo |
| 21-A-070-01b | M | No tattoo |
| 21-A-070-01c | F | No tattoo |
| 21-A-070-01d | F | No tattoo |
| 21-A-070-01e | M | No tattoo |
| 21-A-070-01f | M | No tattoo |
| 21-A-070-01g | F | No tattoo |
| 21-A-070-01h | M | No tattoo |
| 21-A-070-01 | F | Illegible |
| 20-A-018-01 | F | CNDCEU |
| 20-A-018-01a | M | No tattoo |
| 20-A-018-01b | M | No tattoo |
| 20-A-018-01c | M | No tattoo |
| 20-A-018-01d | F | No tattoo |
| 20-A-018-01e | F | No tattoo |
| 20-A-018-01f | M | No tattoo |
| 10-A-059-01 | M | CNCCCB |
| 20-A-041-01 | F | CIBCTL |
| 21-A-044-01a | F | No tattoo |

| | | |
|---|---|---|
| 21-A-044-01 | F | CDKCFM |
| 21-A-044-01c | M | No tattoo |
| 21-A-044-01f | F | No tattoo |
| 21-A-044-01g | F | No tattoo |
| 21-A-044-01d | M | No tattoo |
| 21-A-044-01b | M | No tattoo |
| 21-A-044-01h | F | No tattoo |
| 21-A-044-01e | F | No tattoo |
| 12-A-039-01 | M | CMJCGP |
| 21-A-051-01a | M | No tattoo |
| 21-A-051-01b | F | No tattoo |
| 21-A-051-01 | F | CIECKT |
| 21-A-066-01 | F | CLDCOP |
| 21-A-065-01 | F | CEBCRF |
| 21-A-065-01e | M | No tattoo |
| 21-A-065-01d | F | No tattoo |
| 21-A-065-01a | M | No tattoo |
| 21-A-065-01c | M | No tattoo |
| 21-A-065-01b | F | No tattoo |
| 21-A-065-01f | M | No tatoo |
| 09-A-132-04 | F | CMLCIC |
| 21-A-066-01b | F | No tattoo |
| 12-A-038-01 | M | CMFCYF |
| 21-A-066-01b | F | No tattoo |
| 21-A-066-01e | M | No tattoo |
| 21-A-066-01f | M | No tattoo |
| 10-A-058-07 | M | CNBCJI |
| 21-A-066-01c | F | No tattoo |
| 21-A-062-01 | F | Illegible |
| 09-A-130-02 | F | CMLCNC |
| 09-A-064-01 | M | CMECHE |
| 21-A-066-01d | F | No tattoo |
| 21-A-066-01g | M | No tattoo |
| 21-A-062-01e | M | No tattoo |
| 21-A-062-01d | F | No tattoo |
| 21-A-062-01a | M | No tattoo |
| 21-A-062-01c | F | No tattoo |
| 21-A-062-01b | M | No tattoo |
| 09-A-064-02 | M | CMECGU |
| 21-A-052-01 | F | CIICGX |
| 21-A-063-01 | F | Illegible |
| 21-A-063-01a | M | No tattoo |
| 21-A-063-01b | M | No tattoo |
| 21-A-063-01c | F | No tattoo |
| 21-A-063-01d | F | No tattoo |
| 21-A-052-01a | M | No tattoo |
| 21-A-052-01b | F | No tattoo |

| | | |
|---|---|---|
| 21-A-052-01c | F | No tattoo |
| 21-A-052-01d | F | No tattoo |
| 21-A-052-01e | F | No tattoo |
| 21-A-052-01f | M | No tattoo |
| 21-A-052-01g | F | No tattoo |
| 21-A-052-01h | F | No tattoo |
| 21-A-046-01 | F | CLACTN |
| 21-A-046-01a | F | No tattoo |
| 21-A-046-01b | M | No tattoo |
| 21-A-046-01c | F | No tattoo |
| 21-A-046-01d | M | No tattoo |
| 21-A-046-01e | F | No tattoo |
| 21-A-046-01f | F | No tattoo |
| 21-A-046-01g | M | No tattoo |
| 12-A-018-01 | M | CMHCGB |

5/20/2022 Master Intake

| Animal ID | Gender | Envigo ID |
|-----------|--------|-----------|
| 10-A-016-03 | M | CMLCHU |
| 11-A-131-04 | F | CMHCMI |
| 11-A-066-01 | F | CMJCFD |
| 11-A-030-01 | F | CMHCYA |
| 11-A-130-02 | F | CMHCWJ |
| 11-A-130-03 | F | CMHCVU |
| 10-A-019-09 | M | CMLCMS |
| 09-A-123-03 | F | CMLCKI |
| 11-A-121-01 | F | CMHCSA |
| 11-A-070-01 | F | CMJCKM |
| 11-A-128-02 | F | CMHCRC |
| 11-A-128-01 | F | CMHCMA |
| 11-A-128-03 | F | CMHCRK |
| 11-A-130-02 | F | CMHCWJ |
| 10-A-060-07 | M | CNCCBJ |
| 12-A-022-02 | M | CMHCDY |
| 11-A-087-01 | F | CMICGG |
| 11-A-071-02 | F | CMJCEF |
| 11-A-027-02 | F | CMHCPK |
| 11-A-127-01 | F | CMHCKP |
| 09-A-091-04 | F | CNCCCF |
| 11-A-127-03 | F | CMHCKZ |
| 10-A-024-05 | M | CMLCMI |
| 11-A-126-04 | F | CMHCIK |
| 11-A-126-03 | F | CMHCKY |
| 11-A-072-01 | F | CMICBC |
| 11-A-072-02 | F | CMFCMS |
| 11-A-127-04 | F | CMHCLB |
| 11-A-084-03 | F | CMICNA |
| 11-A-126-02 | F | CMHCPL |
| 12-A-082-03 | F | CMECST |
| 11-A-079-03 | F | CMICAB |
| 11-A-083-02 | F | CMICNS |
| 11-A-080-03 | F | CMICUC |
| 12-A-079-01 | F | CMDCJJ |
| 12-A-082-02 | F | CMFCDT |
| 09-A-088-02 | F | CNCCGE |
| 11-A-119-04 | F | CMKCJY |
| 11-A-081-01 | F | CMICAM |
| 12-A-082-04 | F | CMECKP |
| 09-A-088-06 | F | CNCCDU |
| 11-A-078-02 | F | CMICEX |
| 11-A-079-02 | F | CMICCO |

| | | |
|---|---|---|
| 11-A-1A-05 | F | CMKCMG |
| 12-A-085-02 | F | CMECIT |
| 11-A-078-01 | F | CMICER |
| 11-A-120-05 | F | CMLCAV |
| 12-A-056-02 | F | CJLCPP |
| 12-A-103-03 | F | CMFCED |
| 12-A-060-02 | F | CMBCMP |
| 11-A-121-02 | F | CMJCCJ |
| 12-A-057-03 | F | CMACCX |
| 11-A-121-01 | F | CMGCPN |
| 11-A-121-03 | F | CMGCSH |
| 11-A-129-01 | F | CMHCSA |
| 10-A-107-03 | F | CMFCVT |
| 11-A-071-04 | F | CMJCAM |
| 11-A-070-02 | F | CMJCMC |
| 11-A-126-01 | F | CMHCCA |

**05/21/2022 Master Intake**

| Animal ID | Gender | Envigo ID |
|-----------|--------|-----------|
| 17-A-027-01 | M | CKHCHT |
| 12-A-089-01 | F | CMECJN |
| 15-A-037-02 | F | CGLCLV |
| 15-A-079-01 | M | CIBCIX |
| 17-A-025-01 | M | CIVCVC |
| 19-A-041-01 | M | CIACRP |
| 15-A-077-02 | F | CIBCTN |
| 17-A-062-01 | M | Illegible |
| 15-A-003-02 | F | CJECKU |
| 15-A-076-01 | F | CLCCPT |
| 15-A-037-01 | F | CIDCSM |
| 18-A-047-02 | M | CIHCPE |
| 15-A-002-01 | F | CJCCHP |
| 18-A-047-03 | F | CGCDAT |
| 15-A-075-02 | F | Unknown |
| 15-A-073-01 | F | CKECRK |
| 15-A-073-02 | F | CHCCIF |
| 19-A-045-01 | M | CICCDH |
| 19-A-002-01 | F | CHCCGD |
| 15-A-035-02 | F | CGACJF |
| 15-A-032-01 | M | CHLCEP |
| 18-A-082-02 | F | CFGCKF |
| 17-A-054-02 | F | Illegible |
| 15-A-008-01 | F | CGGCAE |
| 18-A-043-01 | F | CHGCUX |
| 19-A-004-01 | F | CHECEV |
| 18-A-045-02 | F | CICCTZ |
| 19-A-003-03 | F | CHGCST |
| 18-A-084-02 | F | CHACEG |
| 15-A-030-01 | F | CJECSR |
| 15-H-072-03 | F | CKBCMD |
| 15-A-071-01 | F | CFKCYT |
| 19-A-039-02 | F | CIDCRX |
| 18-A-066-03 | F | CJJCGV |
| 19-A-006-03 | F | Illegible |
| 18-A-066-01 | F | CJGCPY |
| 15-A-030-01 | M | CJFCSR |
| 19-A-038-02 | F | CHFCMI |
| 19-A-038-03 | F | CHGCTN |
| 19-A-007-02 | F | CGFCWR |
| 18-A-066-04 | F | CIGCJP |
| 17-A-023-03 | F | CHGCAT |
| 17-A-031-01 | F | CKICET |

| 19-A-034-01 | M | CHLCSB |
| 19-A-008-01 | M | CFHCKZ |
| 17-A-076-01 | F | CIICYJ |
| 15-A-017-03 | F | CIJCBZ |
| 18-A-061-01 | F | CIGCKC |
| 19-A-033-01 | F | CKCCHY |
| 15-A-015-01 | F | CFGCXK |
| 18-A-060-01 | F | CIHCKT |
| 19-A-032-01 | F | CHGCJA |
| 18-A-016-01 | F | CIDCMV |
| 18-A-065-01 | M | CHJCFF |
| 18-A-064-01 | M | CJFCOA |
| 17-A-040-02 | F | CGGCJW |
| 15-A-014-02 | F | CKBCIU |
| 18-A-036-01 | F | CHACDY |
| 18-A-011-02 | F | CIECPS |
| 11-A-011-01 | F | CIECBH |
| 15-A-025-02 | F | CHCCEM |
| 18-A-012-01 | M | CGICUE |
| 15-A-024-01 | F | CIADAK |
| 15-A-028-02 | F | CJECRX |
| 15-A-024-02 | F | CIACMD |
| 15-A-024-03 | F | CJECCR |
| 15-A-057-01 | F | CJACIS |
| 18-A-046-01 | F | CMCCCB |
| 15-A-060-01 | F | CGECGZ |
| 15-A-052-01 | F | CIHCIT |
| 15-A-059-02 | F | CLACDT |
| 18-A-063-01 | M | CHICEC |
| 18-A-095-02 | F | CKFCMK |
| 19-A-022-01 | F | CKHCCH |
| 19-A-026-04 | F | CKFCSC |
| 19-A-015-01 | F | CHGCLH |
| 17-A-011-03 | F | CJHCID |
| 17-A-011-02 | F | CGCCFR |
| 19-A-012-01 | F | CHCCDJ |
| 17-A-032-03 | F | CTFCMH |
| 17-A-014-01 | M | CIACIS |
| 19-A-018-03 | F | CGGCMI |
| 17-A-009-01 | F | Illegible |
| 19-A-017-01 | F | CIECKN |
| 17-A-042-02 | F | CIHCIM |
| 17-A-004-01 | F | CKBCTP |
| 18-A-060-02 | F | CIHCPI |
| 18-A-059-02 | F | CFACZB |
| 18-A-098-01 | F | CIFCUM |
| 19-A-018-04 | F | Illegible |

| | | |
|---|---|---|
| 19-A-016-01 | F | CHBCRC |
| 17-A-008-03 | F | CIHCGG |
| 17-A-049-01 | F | Illegible |
| 18-A-089-01 | M | CICCZE |
| 17-A-078-03 | F | CHECBD |
| 15-A-071-04 | F | CIDCKA |
| 17-A-066-01 | F | CGDDBN |
| 17-A-051-01 | M | CJHCLF |
| 17-A-082-04 | F | CLDCBI |
| 17-A-057-03 | F | CJGCPP |
| 17-A-059-01 | F | CIGCXU |
| 17-A-061-01 | F | CHLCBG |
| 17-A-061-02 | F | Not noted |
| 17-A-044-01 | F | Not noted |
| 15-A-071-02 | F | CIDCSV |
| 17-A-067-01 | F | CFJCIU |
| 15-A-047-02 | F | CIHCTI |
| 17-A-056-03 | F | CICCUD |
| 17-A-070-01 | F | CICCZI |
| 17-A-082-03 | F | CLHCHG |
| 19-A-027-01 | F | CILCCV |
| 17-A-048-03 | F | CKGCAR |
| 17-A-056-01 | F | CIICGZ |
| 17-A-074-01 | M | Illegible |
| 17-A-056-02 | F | CHICID |
| 17-A-057-01 | F | CICCAW |
| 17-A-069-03 | F | CJMCDU |
| 17-A-008-03 | F | CIHCGG |
| 15-A-046-02 | F | CGCCHS |
| 17-A-067-02 | F | CHFCNJ |
| 15-A-070-01 | F | CGICCJ |
| 17-A-071-01 | M | Not noted |
| 15-A-068-01 | F | CIECJY |
| 17-A-068-01 | F | CHFCEN |
| 17-A-060-02 | F | CGHCTB |
| 17-A-068-03 | F | CGDCEX |
| 17-A-070-03 | F | Illegible |
| 17-A-053-01 | M | CIGCTR |
| 17-A-070-02 | F | CJFCID |
| 15-A-063-02 | F | Illegible |
| 15-A-044-01 | M | CIGCCL |
| 18-A-008-01 | F | CIDCSW |

ELECTRONICS IMAGED BY TCD AND RETURNED

HY-3301-0150

5/18/22

| DATE | DESCRIPTION | SERIAL NUMBER | LOCATION FOUND |
|------|-------------|---------------|----------------|
| 5/18/22 | Desktop PC | 2575C32 | BLDG 3 – Area O |
| 5/18/22 | ELITE DESK PC | MXL948N72 | BLDG 3 – UNMARKED VET OFFICE |
| 5/18/22 | ELITE DESK PC | MXL00727QR | BLDG 3 – UNMARKED VET OFFICE |
| 5/18/22 | 33 Cell Phones | Various | On each individual |
| 5/18/22 | ELITE DESK PC | MXL00727PL | BLDG 9 – AREA A – DESK 2 |
| 5/18/22 | ELITE DESK PC | MXL9482N62 | BLDG 9 – AREA A – DESK 1 |
| 5/18/22 | ELITE DESK PC | MXL00727VR | BLDG 12 – AREA B - DESK |
| 5/18/22 | ELITE DESK PC | MXL01322TJ | BLDG 17 – AREA W2 – On small desk |
| 5/18/22 | ELITE DESK PC | MXL9482MWH | BLDG 17 – AREA W2 – Top of the desk |
| 5/18/22 | HP Laptop | 5CG101490R | BLDG 1 – AREA E – Desktop center |
| 5/18/22 | ELITE DESK  PC | MXL00727XN | BLDG 12 – AREA T - Desk |
| 5/18/22 | HP EliteBook | 5CG9496DJP | BLDG 20 – AREA T - Desk |
| 5/18/22 | Lenovo Think Center Computer | MJ144XD | BLDG 21 – AREA U |
| 5/18/22 | HP EliteBook 840 | 5CG1014BT6 | Bldg 1 – AREA F - Desk |
| 5/18/22 | Lenovo Think Pad | P8-8NLVD 13/06 | Bldg 19 – Laundry room |
| 5/18/22 | Lenovo Think Pad | 542564 | BLDG 1 – AREA G - Desk |
| 5/19/22 | ELITE DESK PC | MXL9482MLY | BLDG 4 – AREA Q |
| 5/19/22 | ELITE DESK PC | MXL01322TS | BLDG 4 – AREA Q |
| 5/19/22 | ELITE DESK PC | MXL9482N46 | BLDG 1 – AREA A – Desk on the right |
| 5/19/22 | ELITE DESK PC | MXL9482MMB | BLDG 1 – AREA A – Desk on the left |
| 5/19-21/22 | HP Proliant Server DL360GEN10 | MXQ00403SF | BLDG 1 – AREA D – Server area |

******NOTHING FOLLOWS******

SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date) Stanley Wojtkonski, Special Agent

LEFT INVENTORY LIST WITH: (Name, Signature, and Date) _Jeanne Perou, TD Dir_ 5/22/22

Page 1 of 1

 **United States Department of Agriculture - Office of Inspector General** 

<span style="color:red">**INVENTORY FOR PROPERTY - ELECTRONICS**</span>

*(General, Electronic, or Cash)*

## 482 Frenchs Store Rd, Cumberland,VA

ADDRESS SEARCHED: _____

**HY-3301-0150**

CASE NO.: _____     DATE: _____5/18/22_____

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|--------|----------|-----------------------------------------------------|----------------|
| 1 | 1 | One HP laptop S/N 5CG7493B1R | Bldg 1 - Area E |
| 2 | 1 | One HP laptop S/N 5CG942B08R | Bldg 1 - Area E |
| 3 | 1 | One HP laptop S/N 5CG9496FXT | Bldg 1 - Area E |
| 4 | 1 | One HP laptop S/N 5CG9496D46 w/cord | Bldg 1 - Area A |
| 5 | 1 | One Kyocera mobile telephone in black case belonging to Rebecca Spears | Bldg 1 - On person |
| 6 | 1 | One black iPhone in a black case belonging to Rebecca Spears | Bldg 1 - On person |
| 7 | 1 | One iPhone in black case belonging to Carmen Wilbourn | Bldg 1 - On person |
| 8 | 1 | One iPhone, purple, in clear case belonging to Caren Wilbourn | Bldg 1 - On person |
| 9 | 1 | JVC Camcorder S/N 071K5063 w/Lexar 128GB SD card | Bldg 1 - Area E |
| 10 | 1 | Black Lenovo Think Pad Laptop S/N: PB295F6 | Bldg 1 – Area B |
| 11 | 1 | Black Lenovo Think Pad Laptop S/N: PC-05XDWN | Bldg 1 - Area B |
|  |  | ******Nothing Follows****** |  |
|  |  |  |  |
|  |  |  |  |

| SEIZING AGENT AND AGENCY: (Name, Title, Signature and Date) |
|---|
| Stan Wojtkonski, Special Agent     5/22/22 |

| LEFT INVENTORY LIST WITH: (Name, Signature, and Date) |
|---|
| Jeannie Perron, JD, DVM     5/22/22 |



# United States Department of Agriculture - Office of Inspector General



## INVENTORY FOR PROPERTY - EVIDENCE

*(General, Electronic, or Cash)*

## 482 Frenchs Store Rd, Cumberland,VA
ADDRESS SEARCHED: _____

CASE NO.: **HY-3301-0150**　　　DATE: **5/18/22**

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 1 | 39 | One plastic bag with 37 CDs & two floppy disks | Bldg 1 – Area E |
| 2 | 1 | One box w/health records, USDA training, study notes, SOPs, inspection records, ACUA forms, clinical treatment forms and adoption records | Bldg 1 – Area C |
| 3 | 1 | One box w/dog, training, and business records inside wooden file cabinet | Bldg 1 – Area E |
| 4 | 1 | One box w/business records, USDA inspection reports, dog inventory, and bank records | Bldg 1 – Area E |
| 5 | 1 | One box w/lab test papers, research/instruction books and business records | Bldg 1 – Area E |
| 6 | 1 | One box w/employee hearing records, research records, business records and private inspection report | Bldg 1 – Area E |
| 7 | 2 | Two boxes w/Iron Mountain Shred business records | Bldg 1 – Area D |
| 8 | 1 | One box of business and dog inspection records | Bldg 1 – Area G |
| 9 | 1 | One box w/Drug Administration documents and health records | Bldg 1 – Area G |
| 10 | 1 | One bag with one PNY SD Optima card - 4GB | Bldg 1 – Area D |
| 11 | 1 | One bag w/business purchase receipts | Bldg 1 – Area D |
| 12 | 1 | One box of Orkin and animal medical records | Bldg 1 – Area A |

**SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date)**

Stan Wojtkonski, Special Agent　　5/22/22

**LEFT INVENTORY LIST WITH: (Name, Signature, and Date)**

Jeannie Perron, JD, DVM,　　5/22/22



### INVENTORY FOR PROPERTY - EVIDENCE

*(General, Electronic, or Cash)*

ADDRESS SEARCHED: **482 Frenchs Store Rd, Cumberland, VA**

CASE NO.: **HY-3301-0150**

DATE: **5/18/22**

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 13 | 7 | Box 1 of 7: Animal, inventory, VAX, and necropsy records and facility inspection report | Bldg 1 - Area A |
| | | Box 2 of 7: Canine shipping, sales and health records, 6 boxes of dog tags, 10 pages of county license records, and 1 page of employee timesheets | |
| | | Box 3 of 7: Dog treatment, whelping, dental, and shipping records | |
| | | Box 4 of 7: FedEx boxes w/VAX and dog lot records | |
| | | Box 5 of 7: Animal records/invoices | |
| | | Box 6 of 7: US Interstate and International Certificate of Health Exam for Small Animals | |
| | | Box 7 of 7: Socialization records | |
| 14 | 8 | Box 1 of 8: Weight inventory, disposition, monthly controlled substance records, USDA reports, animal wound documents, and feline paperwork | Bldg 1 - Area A |
| | | Box 2 of 8: K9 shipping records (APHIS) | |
| | | Box 3 of 8: Accounts payable documents | |
| | | Box 4 of 8 USDA physical exams/ LabCorp records, and K9 shipping documents | |
| | | Box 5 of 8: Employee records and APHIS records | |
| | | Box 6 of 8: Order and shipment records/invoices | |
| | | Box 7 of 8: Employee records | |
| | | Box 8 of 8: Vaccine mortality and weight records | |
| 15 | 1 | Vaccination records | Bldg 9 - Area A - Desk 3 |
| 16 | 1 | One envelope containing employee phone list, contact list, defect information, animal location records, animal notes and breeding list | Bldg 17 - Area W2 - On the wall |

**SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date)**

**LEFT INVENTORY LIST WITH: (Name, Signature, and Date)**

 **United States Department of Agriculture - Office of Inspector General** 

## INVENTORY FOR PROPERTY - EVIDENCE

*(General, Electronic, or Cash)*

## 482 Frenchs Store Rd, Cumberland,VA

ADDRESS SEARCHED: _____

CASE NO.: **HY-3301-0150**     DATE: 5/18/22

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 17 | 1 | ENVIGO staff meeting minutes and notes | Bldg 9 - Area A – Desk 2 |
| 18 | 1 | One envelope w/small spiral notebook w/handwritten notes of meeting | Bldg 9 – Area A – Desk 1 |
| 19 | 1 | One envelope w/treatment records | Bldg 21 – Area V – Moving medical table |
| 20 | 1 | One envelope w/animal room documentation forms | Bldg 21 – G3 – Room 2 hallway clipboard |
| 21 | 1 | One box w/breeding reports including weight and exam record | Bldg 17 – Area W2 |
| 22 | 1 | One box w/employee contact list, business records, business operations folder, dog vaccination & Drug administration records | Bldg 1 – Area G |
| 23 | 1 | One box w/medicine/treatment records and inspection report | Bldg 1 – Area F- on the floor |
| 24 | 1 | One box w/training/defect docs and notes | Bldg 1 – Area F |
| 25 | 1 | One box w/dog order records, animal notes, and AWA training record | Bldg 1 – Area F – on the floor in black bag near desk |
| 26 | 1 | One box w/whelping, breeding, weight, location, weaning reports, employee training records, maintenance records, and animal tags | Bldg 17 – Area W2 – Desk area |
| 27 | 1 | One box w/audit trail records and location change records | Bldg 17 – Area W2 |
| 28 | 1 | Book of medical records | Bldg O |

**SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date)**

**LEFT INVENTORY LIST WITH: (Name, Signature, and Date)**

 **United States Department of Agriculture - Office of Inspector General** 

### INVENTORY FOR PROPERTY - EVIDENCE

*(General, Electronic, or Cash)*

ADDRESS SEARCHED: **482 Frenchs Store Rd, Cumberland,VA**

CASE NO.: **HY-3301-0150**　　　　　DATE: **5/18/22**

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 29 | 2 | Two banker boxes of medical records for 2017 | Bldg 4 - Area 5 |
| 30 | 5 | Box 1 of 5: 2018 weight and defects records | Bldg 4 – Area R |
|  |  | Box 2 of 5: 2018 Client files | Bldg 4 – Area S |
|  |  | Box 3 of 5: 2018 Client files | Bldg 4 – Area S |
|  |  | Box 4 of 5: 2018 medical records (animal) | Bldg 4 – Area R |
|  |  | Box 5 of 5: 2018 medical records | Bldg 4 – Area S |
| 31 | 3 | Box 1 of 3: 2019 animal records | Bldg 4 – Area S |
|  |  | Box 2 of 3: 2019 animal records | Bldg 4 – Area S |
|  |  | Box 3 of 3: 2019 sales orders | Bldg 4 – Area R |
| 32 | 2 | Box 1 of 2: 2020 International shipping records | Bldg 4 - Area S |
|  |  | Box 2 of 2: 2020 shipment records | Bldg 4 – Area S |
| 33 | 1 | One box of animal medical records for 2021 | Bldg 4 - Area S |
| 34 | 1 | One box of animal and canine shipment records including APHIS inspection records | Bldg 1 - Area F |
| 35 | 1 | One box of animal medical records for 2018 | Bldg 4 - Area S |
| 36 | 2 | Box 1 of 2: 2019 animal medical records | Bldg 4 - Area R |
|  |  | Box 2 of 2: 2019 Dental/medical (VAX, Wean) records | Bldg 4 - Area R |
| 37 | 5 | Five boxes w/animal medical records for 2020 in each box | Bldg 4 - Area R |
| 38 | 1 | One envelope w/binder containing medical records | Bldg 11 – Area C |

SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date)

LEFT INVENTORY LIST WITH: (Name, Signature, and Date)



# United States Department of Agriculture - Office of Inspector General



## INVENTORY FOR PROPERTY - EVIDENCE

*(General, Electronic, or Cash)*

ADDRESS SEARCHED: **482 Frenchs Store Rd, Cumberland,VA**

CASE NO.: **HY-3301-0150**     DATE: **5/18/22**

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 39 | 2 | Box 1 of 2: Weight and injury reports | Bldg 1 - Area F |
| | | Box 2 of 2: Weight and injury report and USDA documents | Bldg 1 - Area F |
| 40 | 1 | One envelope w/treatment and weaning schedule | Bldg 17 – Area W1 |
| 41 | 1 | One envelope w/weaning schedules, dental records, medical records, and animal room log | Bldg 17 – Area W1 – Wall file containers |
| 42 | 1 | One envelope w/treatment log | Bldg 17 – Area W1 – top of the gray moving cart |
| 43 | 1 | One envelope w/animal medical records | Bldg 17 - Area W2 |
| 44 | 1 | One envelope w/ENVIGO Policy documents, animal records, employee contact on call info | Bldg 17 – Area W2 – office cabinet |
| 45 | 1 | One envelope w/emails, animal tags, breeding list, treatment info, animal location records, whelping list, and weight report | Bldg 17 - Area W2 – top of desk |
| 46 | 1 | One envelope w/miscellaneous documents, org chart, facility inspection reports | Bldg 3 – 01 |
| 47 | 1 | One envelope w/mortality log dated 5/17/2022, animal 10 CNCCHT | Bldg 3 – 03 |
| 48 | 1 | One envelope w/single page dental care log indicating dental care needs and severity of condition | Bldg 3 – 01 |
| 49 | 1 | One bag w/employee contact lists, facility inspection reports, internal emails, and memo meeting minutes | Bldg 3 - 01 |
| SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date) | | | |
| | | | |
| LEFT INVENTORY LIST WITH: (Name, Signature, and Date) | | | |
| | | | |



# United States Department of Agriculture - Office of Inspector General

## INVENTORY FOR PROPERTY - EVIDENCE

*(General, Electronic, or Cash)*

## 482 Frenchs Store Rd, Cumberland, VA

ADDRESS SEARCHED: _____

CASE NO.: **HY-3301-0150**

DATE: **5/18/22**

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 50 | 5 | Envelope 1 of 5: Two thumb drives | Bldg 1 – Area F – Desk |
| | | Envelope 2 of 5: Animal inventory and mortality records | Bldg 1 – Area F |
| | | Envelope 3 of 5: Dog numbers w/health conditions | Bldg 1 – Area F – on floor |
| | | Envelope 4 of 5: Mortality documents | Bldg 1 – Area F |
| | | Envelope 5 of 5: Mortality records | Bldg 1 – Area F |
| 51 | 1 | One envelope w/K9 defects log and behavior log, care manual, K9 shipment record, and notes | Bldg 12 – Area A – top of the moving cart |
| 52 | 1 | One envelope w/treatment and inventory records | Bldg 12 – Area B – Desk |
| 53 | 1 | One envelope w/canine shipping records | Bldg 12 - Area B – Desk |
| 54 | 1 | One envelope w/vaccine records | Bldg 12 – Area A – moving cart |
| 55 | 1 | One envelope w/computer codes and medical records | Bldg 9 – Area A – Desk 2 |
| 56 | 1 | One envelope w/canine shipment records, multiple customers | Bldg 9 – Area A - Wall |
| 57 | 1 | One envelope w/animal medical records | Bldg 20 – Area T |
| 58 | 1 | One envelope w/Eve Bio Bozo canine shipment records | Bldg 11 – Area C – clipboard on side wall |
| SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date) | | | |
| | | | |
| LEFT INVENTORY LIST WITH: (Name, Signature, and Date) | | | |
| | | | |

 **United States Department of Agriculture - Office of Inspector General** 

## INVENTORY FOR PROPERTY - EVIDENCE

*(General, Electronic, or Cash)*

ADDRESS SEARCHED: **482 Frenchs Store Rd, Cumberland,VA**

CASE NO.: **HY-3301-0150**     DATE: **5/18/22**

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 59 | 8 | Envelope 1 of 8: Animal room documentation forms | Bldg 15 – Room 10 – G1 |
| | | Envelope 2 of 8: Animal room documentation forms | Bldg 15 – Room 1, G1 |
| | | Envelope 3 of 8: Animal room documentation forms | Bldg 17 – Room 3 – G1 |
| | | Envelope 4 of 8: Animal room documentation form | Bldg 19 – Room 5 – G1 |
| | | Envelope 5 of 8: Animal room documentation form | Bldg 19 – Room 6 – G1 |
| | | Envelope 6 of 8: Animal room documentation forms | Bldg 18 – Room 4 – G1 |
| | | Envelope 7 of 8: Animal room documentation forms | Bldg 18 – Room 4 – G1 |
| | | Envelope 8 of 8: Animal room documentation forms | Bldg 20 – Room 1 – G1 |
| 60 | 3 | Envelope 1 of 3: Animal room documentation form | Bldg 9 – G2 |
| | | Envelope 2 of 3: Animal room documentation form | Bldg 10 – G2 |
| | | Envelope 3 of 3: Animal room documentation form | Bldg 11 – G2 |
| 61 | 1 | One envelope w/various dog care and identification docs and emails | Bldg 16 – Area A4 |
| 62 | 1 | One bag w/handwritten note "found dead" | Bldg 14 – Area A5 |
| 63 | 1 | One bag w/yellow tags w/tattoo number and pink tags w/the word "Diet" | Bldg 9 – Area A4 – top right locker |
| 64 | 1 | One bag w/small yellow notebook and scraps of paper | Bldg 9 – G2 – Top left locker |
| 65 | 1 | One bag w/notes from March meeting | Bldg 3 – Area 02 – Locker room 1, Locker #4 |
| 66 | 2 | One bag w/purple spiral notebook and one white spiral notebook with purple flowers | Bldg 3 – Area 02 – Locker room 1, Locker #3 |

SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date)

LEFT INVENTORY LIST WITH: (Name, Signature, and Date)

 
<span style="color:red">**INVENTORY FOR PROPERTY – EVIDENCE -1**</span>

*(General, Electronic, or Cash )*

ADDRESS SEARCHED: ___482 Frenchs Store Rd, Cumberland, VA___

CASE NO.: ___HY-3301-0150___          DATE: ___5/22/22___

| ITEM # | QUANTITY | DESCRIPTION OF ITEMS (Serial Numbers, Model, Etc.) | LOCATION FOUND |
|---|---|---|---|
| 1 | *CW* 5/22/22 *# 3* | 2 Green Binders with assessment information and 1 Black Binder filled with treatment protocols. | BLDG – 21 Area V |
|  |  | ******NOTHING FOLLOWS****** |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date)**

Stan Wojtkonski, Spec. al Agent, _signature_ 5/22/22

**LEFT INVENTORY LIST WITH: (Name, Signature, and Date)**

Jeannie Perron, _signature_ 5/22/22

SEIZED AND RELINQUISHED TO POWHATAN COUNTY SHERIFF'S OFFICE

HY-3301-0150

5/21/22

| DATE | DESCRIPTION | LOCATION FOUND |
|------|-------------|----------------|
| 5/21/22 | Gabapentin Capsule – 100 mg | BLDG 8 – Incinerator interior |
| 5/21/22 | Five deceased dogs | BLDG 8 - Freezer |
| 5/21/22 | One set of unknown remains | BLDG 8 - Freezer |
| 5/21/22 | Food Sample | W-3 BLDG 17 Cage 17A86 |
| 5/21/22 | Food Sample | W-6 BLDG 17 Cage 17A32 |
| 5/21/22 | Food Sample | A-2 BLDG 15 Cage A48 |
| 5/21/22 | Food Sample | A-1 BLDG 15 Cage 15A39 |
| 5/21/22 | Food Sample | A-1 BLDG 18 Cage 18A29 |
| 5/21/22 | Food Sample | A-1 BLDG 15 Cage 15A18 |
| 5/21/22 | Food Sample | A-1 BLDG 18 Cage 18A21 |
| 5/21/22 | Food Sample | U-3 BLDG 21 Cage 21A58 |
| 5/21/22 | Food Sample | T-3 BLDG 20 Cage 20A28 |
| 5/21/22 | Food Sample | A-2 BLDG 15 Cage 15A72 |
| 5/21/22 | Food Sample | W-6 BLDG 17 Cage 17A24 |
| 5/21/22 | Food Sample | W-3 BLDG 17 Cage 17A84 |
| 5/21/22 | Food Sample | A-3 BLDG 16 Cage 16A24 |
| 5/21/22 | Food Sample | A-3 BLDG 16 Cage 16A27 |
| 5/21/22 | Food Sample | T-3 BLDG 20 Cage 20A8 |
| 5/21/22 | Food Sample | U-3 BLDG 21 Cage 21AS0 |
| 5/21/22 | Food Sample | O-9 BLDG 3 Cage 304 |
| 5/22/22 | Food Sample | A-3 BLDG 9 Cage 9A37 |
| 5/22/22 | Water Sample | O-9 BLDG 3 Area 9 Cage 304 |
| 5/22/22 | Water Sample | A-2 BLDG 10 Cage 10A41 |
| 5/22/22 | Water Sample | G-3 BLDG 20 Cage 20A33 |
| 5/22/22 | Water Sample | O-9 BLDG 3 Cage 304 |

******NOTHING FOLLOWS******

1

USDA SEIZING AGENT AND AGENCY: (Name, Title, Signature, and Date) Robert Bell, ASAC _(signature)_, 5/22/2022

VA STATE SEIZING OFFICER: (Name, Title, Signature, and Date) C. M Boepple Sgt. _(signature)_ 5/22/2022

LEFT INVENTORY LIST WITH: (Name, Signature, and Date) Jeannie Perron, JD, DVM _(signature)_ 5/22/22

2